NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN KEITH MANN,                          )
                                           )
            Petitioner,                    )
                                           )
v.                                         )      Case No. 2D18-3502
                                           )
STATE OF FLORIDA,                          )
                                           )
            Respondent.                    )
                                           )
_____    )

Opinion filed May 8, 2019.

Petition for Writ of Certiorari to the Circuit
Court for the Sixth Judicial Circuit for
Pinellas County; sitting in its appellate
capacity.

Elaine L. Thompson, Tampa, for
Petitioner.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Respondent.


PER CURIAM.

            Denied.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.